■ JOSEPH A. CAMPAGNA et al., Appellants, v. LEON SAMKOFF et. al., Copartners Doing Business under the Name of REGENT ELECTRIC INSTALLATION Co., Respondents.— Order and judgment unanimously affirmed, with costs to the respondents. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ In the Matter of EVA C. JASLOW, Respondent, against NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ. [9 Misc 2d 754.]

■ McTAVISH, INC., Respondent, v. ALBERT WEINBERGER, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ ALFRED A. ROSEN, Respondent, v. PAT PALMER, Appellant, et al., Defendant.— Determination unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ CHARLES PERRY et al., Respondents, v. SHAHMOON INDUSTRIES, INC., et al., Appellants, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ INEZ THOMAS, Respondent, v. JOHN S. THOMAS, Appellant.— Order unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ HARRY ZANICCHI et al., Respondents, v. HARRY MEYEROWITZ et al., Appellants.— Judgment unanimously modified on the ground of excessiveness, with costs to appellants, and the amounts awarded are reduced to $2,500 for plaintiff Harry Zanicchi, $1,500 for plaintiff Marie Potenza, and $200 for plaintiff Rose Potenza. We assume that the Trial Judge did not take into consideration the medical data submitted in the memorandum but not received in evidence. Settle order Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN GENERI, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ HAROLD F. DELANEY et al., Respondents, v. JACK C. GOULD et al., Appellants, et al., Defendants.— Order unanimously modified, without costs, to the extent of staying all proceedings under the second and third causes of action, pending determination of the accounting and otherwise affirmed. It may well be that the action for an accounting may determine all the claims of the plaintiffs. Order so far as appealed from affirmed, without costs. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.